IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARCUS CHARLES MELVIN,<br><br>Plaintiff,<br><br>v.<br><br>UTAH STATE PRISON MED. DEP'T et al.,<br><br>Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br>Case No. 2:16-cv-96-CW<br><br>Judge Clark Waddoups |

Plaintiff, Marcus Charles Melvin, filed this *pro se* civil-rights suit, *see* 42 U.S.C. § 1983. Reviewing the Complaint under § 1915(e), in an Order dated June 1, 2017, the court determined it was deficient. The court gave Mr. Melvin directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

Mr. Melvin has not since amended the Complaint. Indeed, the court tried sending the order to three different addresses, and two mailings were returned to sender as undeliverable. The court last heard from Mr. Melvin on August 9, 2016, when he responded to an order to show cause regarding his filing fee. (Dkt. No. 8.)

**IT IS THEREFORE ORDERED** that Mr. Melvin's action is **DISMISSED** without prejudice for failure to prosecute his case. *See* DUCiv R 41-2. This case is **CLOSED.**

DATED this 24th day of August, 2017.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Judge